UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SHIRA HAID, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ONETOUCHPOINT CORP.,<br><br>Defendant. | Case No. 2:22-cv-00946<br><br>JURY TRIAL DEMANDED |

## NOTICE OF RELATED ACTIONS

Pursuant to Civil L. R. 3(b)(2), Plaintiff Shira Haid submits this Notice of Related Actions. Plaintiff identifies the following actions as being related to this action:

1. *Dusterhoft v. OneTouchPoint, Inc.*, No. 2:22-cv-00882-BHL

2. *Guertin v. OneTouchPoint Midwest Corp.*, No. 2:22-cv-899-SCD

3. *Meeks v. OneTouchPoint, Inc.*, No. 2:22-cv-00910-BHL

4. *Luca v. OneTouchPoint, Inc.*, No. 2:22-cv-00912-PP

All of the cases involve the same defendant and arise from the same events. The actions relate to unauthorized access of the OneTouchPoint Corp. network systems beginning on April 27, 2022, which exposed the sensitive personal information of consumers to unauthorized individuals.

Dated: August 18, 2022

Respectfully submitted,

/s/ Ben Barnow
Ben Barnow
*b.barnow@barnowlaw.com*
Anthony L. Parkhill*
*aparkhill@barnowlaw.com*
Riley W. Prince *
*rprince@barnowlaw.com*
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Tel: 312.621.2000

Fax: 312.641.5504

Benjamin F. Johns*
bfj@chimicles.com
Samantha E. Holbrook*
seh@chimicles.com
Alex M. Kashurba*
amk@chimicles.com
**CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP**
One Haverford Centre
361 Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500

*admission to be sought

*Counsel for Plaintiff and the Proposed Class*